**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Ronald Williams, | ) | |
| Plaintiff, | ) | No. CV 05-1652-PHX-PGR (MEA) |
| v. | ) | ORDER |
| Correctional Deputy Warden Allen, et al. | ) | |
| Defendants. | ) | |

The Court having reviewed de novo the Report and Recommendation (Doc. 37) of Magistrate Judge Aspey, entered on November 7, 2006, and no party having filed any objection to the Report and Recommendation,

IT IS ORDERED that the Magistrate Judge's Report and Recommendation (Doc. 37) is ACCEPTED and ADOPTED by the Court.

IT IS FURTHER ORDERED that Plaintiff's Motion to Amend (Doc. 33) is DENIED except with regard to the addition of Leonor Lewis as a Defendant in this matter.

DATED this 4th day of December, 2006.

Paul G. Rosenblatt
United States District Judge